STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, SB# 125118
JOHN A. MASON, ESQ. SB# 166996
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone (916) 797-3100
Facsimile (916) 797-3131

Attorneys for Defendants

ALDERWOODS GROUP, INC., PAUL HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. and SCI HOUSTON MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HELM, et al., on behalf of themselves and all other employees and former employees similarly situated,

Plaintiffs,

vs.

ALDERWOODS GROUP, INC. et al.

Defendants.

**CASE NO. 3:08-cv-01184 SI**

**[PROPOSED] ORDER STIPULATION OF DISMISSAL**

Pursuant to the Stipulation of counsel and good cause appearing, the Court orders as follows:

1. Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs voluntarily dismiss their claims against Service Corporation International, SCI Funeral and Cemetery Purchasing Cooperative, Inc., SCI

Eastern Market Support Center, L.P., SCI Western Market Support Center, L.P., SCI Houston Market Support Center, L.P. and Paul A. Houston (collectively "non-Alderwoods Defendants") without prejudice.

2. If Alderwoods is found liable for damages in this action and all avenues of appeal have been exhausted and Alderwoods is required but unable to pay such damages, Plaintiffs may amend the Complaint in this action, even after jury verdict and appeals therefrom, to allege that SCI, SCI Funeral and Cemetery Purchasing Cooperative, Inc., SCI Eastern Market Support Center, L.P., SCI Western Market Support Center, L.P., SCI Houston Market Support Center, L.P. and Paul A. Houston are successors in interest to Alderwoods and liable to pay the damages, attorney's fees, and costs awarded against Alderwoods. The parties would be afforded a reasonable time to conduct discovery on this issue.

3. Defendants do not waive any defenses or arguments that may be available to them, except that Defendants will not raise any defenses of timeliness or jurisdiction based on time that passes from entry of this Stipulation through the deadline for amending the Complaint as set forth below; and Plaintiffs do not waive any arguments that any claims against Defendants relate back to the initial filing of the Complaint.

4. Any amendment to the Complaint under this Stipulation and Order shall be filed within 30 days after the date that Alderwoods fails to pay any judgment that stands against it after all avenues of appeal have been exhausted.

5. Plaintiffs withdraw their motion to compel pertaining to personal jurisdiction discovery (Docket No. 128), as the motion is rendered moot by Plaintiffs' voluntary dismissal of their claims against the non-Alderwoods Defendants in this action. Plaintiffs' withdrawal of their motion to compel in the instant action, however, has no impact upon their motion to compel also filed in the related action *Bryant, et al. v. SCI, et al.,* Case No. 08-1190-SI (Docket No. 117), which is unaffected by the instant Stipulation and Order and remains pending before this Court.

**IT IS SO ORDERED:**

The Honorable Susan Illston

**AGREED TO:**

/s/ Annette Gifford
Dolin, Thomas & Solomon LLP
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540

Attorneys for Plaintiffs

/s/ Nicholas P. Forestiere
Gurnee & Daniels LLP
2240 Douglas Boulevard, Suite 150
Roseville, California 95661
Telephone: (916) 797-3100

Attorneys for Defendants