1

BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327

2

P.O. Box 119
Oakland, CA 94604

3

Telephone: (510) 835-6833
Facsimile:  (510) 835-6666

4

rbodzin@BurnhamBrown.com

5

Attorneys for Plaintiffs

6

[Additional Counsel Appear on Signature Page]

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

WILLIAM HELM, DEBORAH PRISE,
HEATHER P. RADY, et al., on behalf of

    **CASE NO.  3:08-CV-01184 SI**

12

themselves and all other employees and former
employees similarly situated,

13

           Plaintiffs,

    **[PROPOSED] ORDER CONTINUING
HEARING ON RULE 23
CERTIFICATION MOTION**

14

v.

15

ALDERWOODS GROUP, INC.,

16

           Defendant.

17

18

19

20

     Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21

follows:

22

     1.     The hearing date for Plaintiffs' Motion for Rule 23 Certification (Docket No. 187),

23

previously set for December 16, 2009 is moved to **December 17, 2009 at 10:00 a.m.**

24

25

26

27

28

[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
1

Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

_Susan Illston_

Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated:  October 29, 2009

By:  /s/ J. Nelson Thomas

J. Nelson Thomas (*pro hac vice*)
Patrick J. Solomon (*pro hac vice*)
Annette Gifford (*pro hac vice*)
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY  14607
Telephone:  585-272-0540
Facsimile:  585-272-0574

Robert M. Bodzin, State Bar No. 201327
BURNHAM BROWN
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile:  (510) 835-6666

Charles H. Saul (*pro hac vice*)
Liberty J. Weyandt (*pro hac vice pending*)
Kyle T. McGee (*pro hac vice*)
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone:  412-281-4256
Facsimile:  412-642-2380

Counsel for Plaintiffs

By:  /s/ John A. Mason

Steven H. Gurnee
Nicholas P. Forestiere
John A. Mason
GURNEE & DANIELS LLP
2240 Douglas Blvd, Suite 150
Roseville, CA 95648
Telephone:  916-797-3100
Facsimile:  916-797-3131

Counsel for Defendant

[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
2

Case No.:  3:08-CV-01184 SI