| | |
|---|---|
| 1 | BURNHAM BROWN |
| 2 | Robert M. Bodzin, State Bar No. 201327<br>P.O. Box 119 |
| 3 | Oakland, CA 94604<br>Telephone: (510) 835-6833 |
| 4 | Facsimile:  (510) 835-6666<br>rbodzin@BurnhamBrown.com |
| 5 | Attorneys for Plaintiffs |
| 6 | [Additional Counsel Appear on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>　　　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER EXTENDING TIME TO SUBMIT RESPONSIVE AND REPLY BRIEFING** |

　　　　Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

　　　　1.　　Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

　　　　2.　　Defendant's reply to that motion shall be filed and served no later than **Monday, May 24, 2010**.

[PROPOSED] ORDER EXTENDING TIME　　　　　　　　　　　CASE NO.:  3:08-CV-01184 SI

1

1  **IT IS SO ORDERED:**  Honorable Susan Illston
2  United States District Court
3  _____
4
5  **AGREED TO:**
6
7
8  By: /s/ Annette Gifford    By: /s/ John A. Mason
    J. Nelson Thomas (*pro hac vice*)  Steven H. Gurnee
9      Patrick J. Solomon (*pro hac vice*)  Nicholas P. Forestiere
    Annette Gifford (*pro hac vice*)  John A. Mason
10     THOMAS & SOLOMON LLP  GURNEE & DANIELS LLP
    693 East Avenue  2240 Douglas Blvd, Suite 150
11     Rochester, NY 14607  Roseville, CA 95648
12     Telephone: 585-272-0540  Telephone: 916-797-3100
    Facsimile: 585-272-0574  Facsimile: 916-797-3131
13
14     Robert M. Bodzin, State Bar No. 201327  Counsel for Defendant
    BURNHAM BROWN
15     P.O. Box 119
    Oakland, CA 94604
16     Telephone: (510) 835-6833
    Facsimile: (510) 835-6666
17
    Charles H. Saul (*pro hac vice*)
18     MARGOLIS EDELSTEIN
    525 William Penn Place
19     Suite 3300
    Pittsburgh, PA 15219
20     Telephone: 412-281-4256
21     Facsimile: 412-642-2380
22     Counsel for Plaintiffs
23
24
25
26
27
28

[PROPOSED] ORDER EXTENDING TIME      CASE NO.: 3:08-CV-01184 SI