BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile: (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALDERWOODS GROUP, INC., <br><br> Defendant. | CASE NO. 3:08-CV-01184 SI <br><br> **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1.     The date for the further Case Management Conference, previously set for October 1, 2010 is continued to **December 16, 2010 at 3:00 p.m.**

**IT IS SO ORDERED:**

Dated: _____

_____
Honorable Susan Illston
United States District Court